```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

CHEVRON INTELLECTUAL PROPERTY LLC
and CHEVRON U.S.A. INC.                                PLAINTIFFS

         v.              Civil No. 10-3067

MAGNESS OIL COMPANY                                     DEFENDANT

### O R D E R

Now on this 23rd day of February, 2011, comes on for consideration plaintiffs' **Motion To Dismiss With Prejudice** (document #7), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE